UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    CASE NO.:  16-16522-BKC-AJC
                                                                          Chapter 7
**KARELIA COLLADO**
SSN: XXX-XX-3264
_____Debtor._____/

## JOEL L. TABAS, TRUSTEE'S MOTION TO ENLARGE
## TIME TO FILE OBJECTIONS TO DEBTOR'S CLAIMED EXEMPTIONS

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Karelia Collado and (the "Trustee"), through counsel, files this Motion to Enlarge Time to File Objections to Debtor's Claimed Exemptions (the "Motion") pursuant to Fed.R.Bankr.P. 9006(b) and in support thereof, states as follows:

1. This case commenced as a Chapter 7 proceeding on May 5, 2016.

2. The § 341 Meeting of Creditors was scheduled and held on June 6, 2016.

3. The deadline for the Trustee to file objections to the Debtor's claimed exemptions is July 6, 2016.

4. After an initial review of the Debtor's petition, documents and schedules, additional information is needed from the Debtor in order for the Trustee to determine whether there is any basis to object to the Debtor's claimed exemptions.

5. Accordingly, counsel for the Trustee requests an additional thirty (30) days, up to and including August 5, 2016, for the Trustee to file objections to the Debtor's claimed exemptions.

6. This request is made on behalf of the Trustee, and is not intended as a request for enlargement for any creditor.

7. Fed.R.Bankr.P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with or without motion or notice, if the request is made before the expiration of the period originally prescribed or as extended.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Karelia Collado and , respectfully requests this Honorable Court enter an Order: (1) finding that cause exists to enlarge the time for the Trustee to file objections to the Debtor's claimed exemptions; (2) enlarging the time for the Trustee to file objections to the Debtor's claimed exemptions, up to and including, August 5, 2016; and (3) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 6, 2016, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Karelia Collado
5865 W 16th Avenue #102
Hialeah, FL 33012-6868

      Respectfully submitted,

      /s/ Jessika A. Graham
      Jessika A. Graham
      Fla. Bar No. 72452
      Joel L. Tabas
      Fla. Bar No. 516902
      Tabas, Freedman & Soloff, P.A.
      Attorneys for Trustee, Joel L. Tabas
      One Flagler Building
      14 Northeast First Avenue - PH
      Miami, Florida  33132
      Telephone:  (305) 375-8171
      Facsimile:  (305) 381-7708
      Jtabas@tabasfreedman.com

2

Tabas, Freedman & Soloff, P.A. · One Flagler Building, 14 Northeast First Avenue, Penthouse, Miami, Florida 33132 · (305) 375-8171